**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, and G. CHANDLER BEALS, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR, LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENT PROGRAM, and BERNARD E. TREML, JR., IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR, and LOCAL 57 LABOR MANAGEMENT UNIFIED TRUST FUND

Vs. C.A. No. 04-213S

DAMIAN ASSOCIATES, LLC

**MICHAEL G. SARLI'S MOTION TO WITHDRAW AS COUNSEL**

Michael G. Sarli hereby moves to withdraw as counsel for Damian Associates. In support of his motion, counsel relies upon the attached memorandum of law and affidavit.

**WHEREFORE**, defendant requests that its motion be granted.

Damian Associates, LLC
By its attorneys,

Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, Rhode Island 02903
(401) 274-6644
Fax: 331-9304

**CERTIFICATE OF SERVICE**

Marc B. Gursky, Esq.
Jennifer Azevedo, Esq.
Gursky Law Associates
18 Imperial Place, Suite 1D
Providence, RI 02903

Raymond E. Johnson
Damian Associates, LLC
691 Brayton Road
Tiverton, RI 02878

I hereby certify that I forwarded a copy of the foregoing to the above-reference counsel of record via deposit in the United States mail, postage prepaid/hand-delivery on this 6th of June, 2005.

______________________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, and G. CHANDLER BEALS, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR, LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENT PROGRAM, and BERNARD E. TREML, JR., IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR, and LOCAL 57 LABOR MANAGEMENT UNIFIED TRUST FUND

Vs. C.A. No. 04-213S

DAMIAN ASSOCIATES, LLC

**AFFIDAVIT**

I, Michael G. Sarli on my oath state and depose as follows:

1. This office has performed services in connection with the above captioned matter on behalf of Damian Associates;

2. Damian Associates has been billed a reasonable amount for services rendered;

3. No dispute has arisen with respect to the amount of the fee or its reasonableness;

4. Damian has expressed an inability to pay its bill for legal fees.

Michael G. Sarli

Subscribed to and sworn before me this 6th day of June, 2005.

Notary Public
My commission expires: 11/29/05

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, and G. CHANDLER BEALS, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR, LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENT PROGRAM, and BERNARD E. TREML, JR., IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR, and LOCAL 57 LABOR MANAGEMENT UNIFIED TRUST FUND

Vs. C.A. No. 04-213S

DAMIAN ASSOCIATES, LLC

**MICHAEL G. SARLI'S MEMORANDUM IN SUPPORT OF HIS MOTION TO WITHDRAW AS COUNSEL**

Counsel hereby moves to withdraw from this matter on the grounds that an irreconcilable difference has arisen between him and his client. Specifically, the outstanding bills for services rendered have not been paid and it is impossible for representation to continue.

Damian Associates, LLC
By its attorneys,

Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, Rhode Island 02903
(401) 274-6644
Fax: 331-9304

**CERTIFICATE OF SERVICE**

Marc B. Gursky, Esq.
Jennifer Azevedo, Esq.
Gursky Law Associates
18 Imperial Place, Suite 1D
Providence, RI 02903

Raymond E. Johnson
Damian Associates, LLC
691 Brayton Road
Tiverton, RI 02878

I hereby certify that I forwarded a copy of the foregoing to the above-reference counsel of record via deposit in the United States mail, postage prepaid/hand-delivery on this 6th of June, 2005.

________________________