**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, and G. CHANDLER BEALS in his official capacity as Administrator; LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENT PROGRAM, and BERNARD E. TREML, JR. in his official capacity as Administrator; and LOCAL 57 LABOR MANAGEMENT UNIFIED TRUST FUND, Plaintiffs, | C.A. No. 04-213S |
| v. | |
| DAMIAN ASSOCIATES, LLC, Defendant. | |

**PLAINTIFFS' OBJECTION TO MICHAEL G. SARLI'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Plaintiffs hereby object to Michael G. Sarli's Motion to Withdraw as counsel for Defendant. In support of its Objection, Plaintiffs submit the accompanying Memorandum of Law.

Respectfully Submitted

PLAINTIFFS

By their Attorneys,

Elizabeth Wiens, Esq. #6827
Marc B. Gursky, Esq. #2818
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax. (401)294-4702

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 7 day of June, 2005, to the following parties of record:

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, and G. CHANDLER BEALS in his official capacity as Administrator; LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENT PROGRAM, and BERNARD E. TREML, JR. in his official capacity as Administrator; and LOCAL 57 LABOR MANAGEMENT UNIFIED TRUST FUND,
Plaintiffs,

v.

DAMIAN ASSOCIATES, LLC,
Defendant.

C.A. No. 04-213S

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTION TO MICHAEL G. SARLI'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Plaintiffs hereby object to Michael G. Sarli's Motion to Withdraw as counsel for Defendant for the following reasons:

1. Plaintiffs filed this case against Defendant in May, 2004 for Defendant's failure to submit contributions to Plaintiff Funds in violation of ERISA.

2. Discovery in this case has closed and Plaintiffs are prepared to try this case.

3. Trial of this matter will be held next month.

4. No other attorney has entered on behalf of Defendant and, due to Defendant's alleged inability to pay its legal fees, it is unlikely that another attorney will enter on behalf of Defendant.

5. Accordingly, if Attorney Sarli's Motion is granted, this case will be further prolonged and Plaintiffs will be prejudiced thereby.

For the foregoing reasons, Plaintiffs respectfully request that Attorney Sarli's Motion to Withdraw be denied.

Respectfully Submitted

PLAINTIFFS

By their Attorneys,

Elizabeth Wiens, Esq. #6827
Marc B. Gursky, Esq. #2818
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax. (401)294-4702

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 7 day of June, 2005, to the following parties of record:

Michael G. Sarli, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903