AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

International Union of Operating Engineers Local 57 Pension Fund, et. al

v.

Damian Associates

APPEARANCE

CASE NUMBER: 04-213 S

To the Clerk of this court and all parties of record: J. Elizabeth Wiens

Enter my appearance as counsel in this case for

Plaintiffs IUOE 57 et. al.

I certify that I am admitted to practice in this court.

6-17-05
Date

E. Wiens 6827
Signature

Elizabeth Wiens 6827
Print Name Bar Number

420 Scrabbletown Rd.
Address

North Kingston, RI 02852
City State Zip Code

401-294-4700 401-294-4702
Phone Number Fax Number

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher

SCANNED