UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-213S** **DATE: June 17, 2005**

**TITLE: LOCAL 57 PENSION, ET AL v. DAMIAN ASSOCIATES**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Elizabeth Wiens**

**Defendant: Michael Sarli**

*****************************************************************************

**Proceedings: Michael Sarli's Motion to Withdraw as Attorney for Damian Associates**

**All counsel of record present. Mr. Sarli argues motion to withdraw. Plaintiffs' state objections. Court grants the motion to withdraw. Mr. Sarli to prepare an order.**