**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, and G. CHANDLER BEALS, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR, LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENT PROGRAM, and BERNARD E. TREML, JR., IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR, and LOCAL 57 LABOR MANAGEMENT UNIFIED TRUST FUND

Vs. C.A. No. 04-213S

DAMIAN ASSOCIATES, LLC

**ORDER**

This matter came on for hearing on June 17, 2005 before the Honorable Magistrate Judge David Martin on Michael G. Sarli's motion to withdraw as counsel for Defendant, Damian Associates, LLC. After hearing thereon it is hereby

**ORDERED**

That counsel's motion to withdraw is hereby granted. It is further ordered that notices to the defendant in this matter will be directed to Damian Associates, LLC, 691 Brayton Road, Tiverton, Rhode Island 02878 until further order by the court.

ENTER: PER ORDER:

David L Martin
Magistrate Judge Martin 6/27/05

[signature]
Clerk

PRESENTED BY:

Michael G. Sarli #2719
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, Rhode Island 02903
(401) 274-6644
Fax: 331-9304

**CERTIFICATE OF SERVICE**

Marc B. Gursky, Esq.
Jennifer Azevedo, Esq.
Gursky Law Associates
18 Imperial Place, Suite 1D
Providence, RI 02903

Damian Associates, LLC
691 Brayton Road
Tiverton, RI 02878

I hereby certify that I forwarded a copy of the foregoing to the above-reference counsel of record via deposit in the United States ~~mail~~, postage prepaid/hand-delivery on this 17th of June, 2005.