UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-213S** **DATE: July 11, 2005**

**TITLE: LOCAL 57 PENSION FUND, ET AL v. DAMIAN ASSOCIATES**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Elizabeth Weins**

**Defendant: Raymond Johnson on Behalf of Damian Assoc. (Pro SE)**

**************************************************************************

**Proceedings: Plaintiffs' Motion for Default Judgment**

**Counsel for plaintiffs present. Defendant present pro se on behalf of Damian Assoc. Court advises Mr. Johnson an attorney must represent a Corporation in Rhode Island. Plaintiffs states both sides have reached an agreement. Court questions defendant regarding the agreement. Both parties sign a consent judgment. Court receives the consent judgment. Court to issue a Report and Recommendation.**