UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INTERNATIONAL UNION OF )
OPERATING ENGINEERS LOCAL 57 )
PENSION FUND, ET AL. )
  )
          Plaintiffs, )
  )
v.  )   C.A. No. 04-213S
  )
DAMIAN ASSOCIATES, LLC )
  )
          Defendants. )

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on July 11, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion for Entry of Default Judgment is treated as a motion to enter the Consent Judgment executed by the parties on July 11, 2005, and that such motion is GRANTED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 7/26/05