UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, ET AL.

Plaintiffs,

v.

DAMIAN ASSOCIATES, LLC

Defendants.

C.A. No. 04-213S

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on July 11, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion for Entry of Default Judgment is treated as a motion to enter the Consent Judgment executed by the parties on July 11, 2005, and that such motion is GRANTED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 7/26/05