**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF R.I.

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, and G. CHANDLER BEALS in his official capacity as Administrator; LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENT PROGRAM, and BERNARD E. TREML, JR. in his official capacity as Administrator; and LOCAL 57 LABOR MANAGEMENT UNIFIED TRUST FUND,
Plaintiffs,

v.

DAMIAN ASSOCIATES, LLC,
Defendant.

C.A. No. 04-213S

**CONSENT ORDER AND JUDGMENT**

By agreement of the parties, it is hereby ORDERED.

1. Judgment is entered in favor of the International Union of Operating Engineers Local 57 Pension Fund, et. al. ("Funds") and against Damian Associates, LLC ("Company" or "Defendant") for unpaid contributions pursuant to 29 U.S.C §§1132(g)(2) in the amount of $45,432.28 which includes the amount owed pursuant to the parties' Settlement Agreement of February 2005.

2. The Funds shall have the right to conduct an audit of books and records of the Company for all relevant periods for which the Company is obligated to submit contributions to the Fund. The Company shall pay to the Funds the cost of the audit

together with any additional amounts found owing, plus such other amounts as set forth in the collective bargaining agreement, the Trust Agreements, ERISA and applicable law.

3. The Funds are entitled to reimbursement from the Company of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court or to the Court in which enforcement is sought for further attorneys' fees and costs. See, 29 U.S.C. §1132(g)(2); Trucking Employees of North Jersey Welfare Fund, Inc. v. Bellezza Co., 57 Fed. Appx. 972 (3d Cir. 2003); Free v. Briody, 793 F.2d 807 (7th Cir. 1986); Sheet Metal Workers Health and Welfare Trust Fund v. Big D Service Co., 867 F.2d 852 (10th Cir. 1989).

4. If Defendant fails to comply with any of the terms of this Consent Order and Judgment, the Funds may, in addition to pursuing the remedies provided under Federal Rule of Civil Procedure 69, reopen this case upon motion to this Court and notice to Defendant, and may at that time ask for further appropriate monetary and/or injunctive relief.

Plaintiffs,
International Union of Operating Engineers Local 57 Pension Fund, et al.

By their Attorney,

Elizabeth Wiens #6827
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: 7-11-05

Defendant,
Damian Associates, LLC

By its Owner and Manager,

Raymond Johnson
691 Brayton Road
Tiverton, RI 02878

Dated: 7-11-05

BY THE COURT

WILLIAM E. SMITH, J.
United States District Judge

Dated: 7/27/05