FILED
MAY 18 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, AND G. CHANDLER BEALS in his official capacity as Administrator; LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENTS PROGRAM, and BERNARD E. TREML, JR. in his official capacity as Administrator; and LOCAL 57 LABOR MANAGEMENT UNIFIED TRUST FUND,
Plaintiffs,

v.

DAMIAN ASSOCIATES, LLC,
Defendant.

**REQUEST FOR EMERGENCY (EX PARTE) RELIEF**

C.A. No. 04-213S

PLAINTIFFS' EMERGENCY MOTION FOR ISSUANCE OF
POST-JUDGMENT WRIT OF ATTACHMENT
AND TRUSTEE PROCESS

NOW COME Plaintiffs and respectfully move, ex-parte, for issuance of Post-Judgment Writ of Attachment and Trustee Process. A Writ seeking the attachment of all funds not to exceed $54,095.74 in the hands or possession of the trustee, Irving Schechtman & Co., Inc., derived from the sale at public auction of certain equipment owned by Defendant, Damian Associates, LLC, is enclosed herewith.

As reason therefore, Plaintiffs rely on the accompanying Affidavit.

Respectfully submitted,
PLAINTIFFS,
By their Attorneys,

Thomas R. Landry, Esq. (#6148)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
N. Kingstown, Rhode Island 02852
(401) 294-4700
(401) 294-4702 (facsimile)

Date: May 18, 2006

# **EXHIBIT A**

Case 1:04-cv-00213-S Document 23 Filed 11/14/2005 Page 1 of 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
NOV 0 3 2005
Property of U.S. District Court
District of Rhode Island

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, and G. CHANDLER BEALS in his official capacity as Administrator; LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENT PROGRAM, and BERNARD E. TREML, JR. in his official capacity as Administrator; and LOCAL 57 LABOR MANAGEMENT UNIFIED TRUST FUND,
Plaintiffs,

v.

DAMIAN ASSOCIATES, LLC,
Defendant.

C.A. No. 04-213S

**AMENDED CONSENT ORDER AND JUDGMENT**

By agreement of the parties, the following amended judgment is made:

1. Defendant shall pay Plaintiffs ("Plaintiffs or the Funds") the sum of $45,432.28 representing the amount due pursuant to the Consent Order and Judgment of July 11, 2005.

2. Said payments shall be made in $500 installments on the forth day of each month starting the forth day of October, 2005.

3. Plaintiffs acknowledge the first payment of $500 was received on October 4, 2005.

RG
10/21/05

4. In the event that any payment is not received on or before its due date, the remaining amount due, plus a twenty percent liquidated damages fee on the remaining amount due, shall be immediately due.

5. The Funds shall have the right to conduct an audit of books and records of the Company for all relevant periods for which the Company is obligated to submit contributions to the Fund. The Company shall pay to the Funds the cost of the audit together with any additional amounts found owing, plus such other amounts as set forth in the collective bargaining agreement, the Trust Agreements, ERISA and applicable law.

6. The Funds are entitled to reimbursement from the Company of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court or to the Court in which enforcement is sought for further attorneys' fees and costs. See, 29 U.S.C. §1132(g)(2); Trucking Employees of North Jersey Welfare Fund, Inc. v. Bellezza Co., 57 Fed. Appx. 972 (3d Cir. 2003); Free v. Briody, 793 F.2d 807 (7th Cir. 1986); Sheet Metal Workers Health and Welfare Trust Fund v. Big D Service Co., 867 F.2d 852 (10th Cir. 1989).

7. If Defendant fails to comply with any of the terms of this Consent Order and Judgment, the Funds may, in addition to pursuing the remedies provided under Federal Rule of Civil Procedure 69, reopen this case upon motion to this Court and notice to Defendant, and may at that time ask for further appropriate monetary and/or injunctive relief.

8. Defendant agrees that Plaintiffs shall have a lien on any proceeds Defendant receives as a result of any judgment or settlement, said lien to continue until the judgment in this case is paid in full.

10/21/05

Case 1:04-cv-00213-S Document 23 Filed 11/14/2005 Page 3 of 3

Plaintiffs,
International Union of Operating
Engineers Local 57 Pension Fund, et al.

By their Attorney,

Elizabeth Wiens #6827
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: 11/4/05

Defendant,
Damian Associates, LLC

By its Owner and Manager,

Raymond Johnson
691 Brayton Road
Tiverton, RI 02878

Dated: 10/21/05

BY THE COURT

WILLIAM E. SMITH, J.
United States District Judge

Dated: 11/10/05

# EXHIBIT B

# Irving Shechtman & Co., Inc.

Professional Auctioneers and Appraisers

401.728.9100

## Personal Property Auctions

View Auction Notes

# DAMIAN ASSOCIATES, L.L.C.

View Lot Details

## SECURED PARTY SALE

| Date | Time | Address | City | State |
|---|---|---|---|---|
| 5/23/2006 | 10:30 AM | 691 BRAYTON ROAD | TIVERTON | RI |





| Description | Directions |
|---|---|
| 1999 BL-PEGSON 26'X 44'MOBILE CRUSHING PLANT, 1999 CEDARAPIDS (SA45-11, TRI-AXLE W/4'X10' 3-DECK SCREEN) PORTABLE SECONDARY CONE CRUSHER, POWERSCREEN COMMANDER 408 PORTABLE SCREENER, 1999 CEDARAPIDS 1199 (30"X60") PORTABLE RADIAL STACKER | 1999 CEDARAPIDS :099 (36"X60") PORTABLE RADIAL STACKER, POWERSCREEN M100 RADIAL STACKER, 1999 CAT 546-KVA DIESEL GEN SET, 1997 CAT 980G RUBBER TIRED LOADER, CAT D8L CRAWLER TRACTOR, 1986 CAT 235B EXCAVATOR, 1995 KOMATSO PC200LC EXCAVATOR |

**Terms: FIVE THOUSAND ($5,000.00) DOLLARS DEPOSIT PER EACH UNIT IN CASH, CERTIFIED OR BANK CHECK AT TIME OF SALE, 5% BUYERS PREMIUM . OTHER TERMS AND CONDITIONS TO BE ANNOUNCED AT THE SALE.**



SECURED PARTY SALE BY

# PUBLIC AUCTION

EXCAVATORS, MOBILE CRUSHING PLANT, PORTABLE SECONDARY CONE CRUSHER, LOADER, CRAWLER TRACTOR, STACKERS AND SCREENER OF;

## DAMIAN ASSOCIATES, L.L.C.,

**TO BE SOLD ON: TUESDAY, MAY 23, 2006 @ 10:30 AM**
**ON THE PREMISES: 691 BRAYTON ROAD, TIVERTON, R.I.**

**PARTIAL LIST:** 1999 BL-PEGSON 26'X 44"MOBILE CRUSHING PLANT, 1999 CEDARAPIDS (SA45-11, TRI-AXLE W/4'X10' 3-DECK SCREEN) PORTABLE SECONDARY CONE CRUSHER, POWERSCREEN COMMANDER 408 PORTABLE SCREENER, 1999 CEDARAPIDS 1199 (30"X60') PORTABLE RADIAL STACKER, 1999 CEDARAPIDS 1099 (36"X60') PORTABLE RADIAL STACKER, POWERSCREEN M100 RADIAL STACKER, 1999 CAT 546-KVA DIESEL GEN SET, 1997 CAT 980G RUBBER TIRED LOADER, CAT D8L CRAWLER TRACTOR, 1986 CAT 235B EXCAVATOR, 1995 KOMATSU PC200LC EXCAVATOR, ETC.

PLEASE VISIT US ON-LINE FOR COMPLETE DESCRIPTION AND PHOTO'S AT;
**WWW.AUCTIONSRI.COM**

TERMS OF SALE: FIVE THOUSAND ($5,000.00) DOLLARS DEPOSIT PER EACH UNIT IN CASH, CERTIFIED OR BANK CHECK AT TIME OF SALE, 5% BUYERS PREMIUM .OTHER TERMS AND CONDITIONS TO BE ANNOUNCED AT THE SALE.

**INSPECTION: 9:00 AM DAY OF SALE.**

RICHARD NADEAU JR., ESQ.
NADEAU & SIMMONS, P.C.
ATTORNEYS FOR THE SECURED PARTY
56 PINE STREET, PROVIDENCE, RI

*SALE CONDUCTED BY AND FOR FURTHER INFORMATION CONTACT:*

**IRVING SHECHTMAN & CO., INC.**
PROFESSIONAL AUCTIONEERS & APPRAISERS
[illegible] POWER ROAD, PAWTUCKET, RI [illegible]
**M.C. PONTE, JR. & SONS**
[illegible]
TEL: [illegible] FAX: [illegible]