UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, AND G. CHANDLER BEALS in his official capacity as Administrator; LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENTS PROGRAM, and BERNARD E. TREML, JR. in his official capacity as Administrator; and LOCAL 57 LABOR MANAGEMENT UNIFIED TRUST FUND, Plaintiffs, | **REQUEST FOR EMERGENCY (EX PARTE) RELIEF** |
| v. | C.A. No. 04-213S |
| DAMIAN ASSOCIATES, LLC, Defendant. | |

AFFIDAVIT IN SUPPORT OF
PLAINTIFFS' EMERGENCY MOTION FOR ISSUANCE OF
POST-JUDGMENT WRIT OF ATTACHMENT
AND TRUSTEE PROCESS

NOW COME Plaintiffs, by and through their attorney, Thomas R. Landry, and under oath state as follows:

1. I, Thomas R. Landry, am attorney for Plaintiffs in the above-entitled matter.

2. On November 11, 2005, this Honorable Court entered an Amended Consent Order and Judgment (hereinafter, "Judgment") in the above-entitled matter. A copy of the Judgment is attached hereto as Exhibit A.

3. Under the terms of the Judgment, Defendant Damian Associates, LLC (hereinafter, "Defendant"), agreed to pay Plaintiffs the sum of $45,432.28 (Exh. A, ¶1) by making $500.00 monthly installment payments on the 4th day of each month beginning October 4, 2005 (Exh. A, ¶¶2-3). Within the Judgment Defendant also agreed that "[i]n the event that any payment is not received on or before its due date, the remaining amount due, plus a twenty percent liquidated damages fee on the remaining amount due, shall be immediately due." Exh. A, ¶4. Moreover, the Judgment further provides that Plaintiffs will be "entitled to reimbursement from the [Defendant] of all attorneys' fees and costs it incurs to enforce this [Judgment]..." Exh. A, ¶6.

4. Defendant has failed to make payments to Plaintiffs as required within the Judgment. Specifically, Defendant has failed to make the required $500.00 payment on February 4, 2006, March 4, 2006, April 4, 2006, and May 4, 2006. Defendant has paid Plaintiffs a total of $100.00 since February 1, 2006.

5. Based upon Defendant's failure to comply with the terms of the Judgment, Defendant is indebted to Plaintiffs in the amount of $54,095.74, calculated as follows:

| | |
|---|---|
| Unpaid Judgment (as of 5/17/06) | $43,992.28 |
| 20% Penalty on unpaid amount due | $ 8,798.46 |
| Counsel Fees (in preparation of Writ of Attachment; 7 hours @ $165.00 per hour) | $ 1,155.00 |
| Service of Writ (U.S. Marshalls) | $ 150.00 |

6. Plaintiffs have a just claim against Defendant as evidenced by the Amended Consent Order and Judgment (hereinafter, "Judgment") against Defendant, attached hereto as Exhibit 1, and named in said writ that is due, upon which they expect to recover in said action a sum sufficient to give jurisdiction to this Court.

7. On May 15, 2006, Plaintiffs were notified by a Business Agent for Local 57 that certain equipment owned by Defendant is going to be sold at a public auction. See Exhibit B. A notice of the auction indicates that the auction will be held at 10:30 a.m. on May 23, 2006, at Defendant's place of business (691 Brayton Road, Tiverton, Rhode Island). Id. The notice sets forth a partial list of equipment owned by Defendant which is to be sold and indicates that the auction is to be conducted by Irving Shechtman & Co., Inc. Id.

8. Plaintiffs are entitled to emergency (ex parte) relief as there is a clear danger that the Defendant, if notified in advance of attachment of the property, will remove it from the State or will conceal it or will otherwise make it unavailable to satisfy judgment.

Thomas R. Landry, Esq.

Subscribed and sworn to before me on this 18th day of May, 2006, at North Kingstown, Rhode Island.

Kathleen Sullivan
Notary Public
My Commission Expires: 4/25/09

# EXHIBIT A

Case 1:04-cv-00..3-S Document 23 Filed 11/14/2..5 Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
NOV 0 3 2005
Property of U.S. District Court
District of Rhode Island

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, and G. CHANDLER BEALS in his official capacity as Administrator; LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENT PROGRAM, and BERNARD E. TREML, JR. in his official capacity as Administrator; and LOCAL 57 LABOR MANAGEMENT UNIFIED TRUST FUND,
Plaintiffs,

v.

DAMIAN ASSOCIATES, LLC,
Defendant.

C.A. No. 04-213S

**AMENDED CONSENT ORDER AND JUDGMENT**

By agreement of the parties, the following amended judgment is made:

1. Defendant shall pay Plaintiffs ("Plaintiffs or the Funds") the sum of $45,432.28 representing the amount due pursuant to the Consent Order and Judgment of July 11, 2005.

2. Said payments shall be made in $500 installments on the forth day of each month starting the forth day of October, 2005.

3. Plaintiffs acknowledge the first payment of $500 was received on October 4, 2005.

RQ
10/21/05

4. In the event that any payment is not received on or before its due date, the remaining amount due, plus a twenty percent liquidated damages fee on the remaining amount due, shall be immediately due.

5. The Funds shall have the right to conduct an audit of books and records of the Company for all relevant periods for which the Company is obligated to submit contributions to the Fund. The Company shall pay to the Funds the cost of the audit together with any additional amounts found owing, plus such other amounts as set forth in the collective bargaining agreement, the Trust Agreements, ERISA and applicable law.

6. The Funds are entitled to reimbursement from the Company of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court or to the Court in which enforcement is sought for further attorneys' fees and costs. See, 29 U.S.C. §1132(g)(2); Trucking Employees of North Jersey Welfare Fund, Inc. v. Bellezza Co., 57 Fed. Appx. 972 (3d Cir. 2003); Free v. Briody, 793 F.2d 807 (7th Cir. 1986); Sheet Metal Workers Health and Welfare Trust Fund v. Big D Service Co., 867 F.2d 852 (10th Cir. 1989).

7. If Defendant fails to comply with any of the terms of this Consent Order and Judgment, the Funds may, in addition to pursuing the remedies provided under Federal Rule of Civil Procedure 69, reopen this case upon motion to this Court and notice to Defendant, and may at that time ask for further appropriate monetary and/or injunctive relief.

8. Defendant agrees that Plaintiffs shall have a lien on any proceeds Defendant receives as a result of any judgment or settlement, said lien to continue until the judgment in this case is paid in full.

10/21/05

**Plaintiffs,**
**International Union of Operating Engineers Local 57 Pension Fund, et al.**

**By their Attorney,**

**Elizabeth Wiens #6827**
**420 Scrabbletown Rd., Ste. C**
**North Kingstown, RI 02852**
**Tel. (401)294-4700**
**Fax (401)294-4702**

**Dated:** 11/4/05

**Defendant,**
**Damian Associates, LLC**

**By its Owner and Manager,**

**Raymond Johnson**
**691 Brayton Road**
**Tiverton, RI 02878**

**Dated:** 10/[illegible]1/05

BY THE COURT

WILLIAM E. SMITH, J.
United States District Judge

Dated: 11/10/05

# EXHIBIT B

# Irving Shechtman & Co., Inc.

Professional Auctioneers and Appraisers

401.728.9100

## Personal Property Auctions

View Auction Notes

# DAMIAN ASSOCIATES, L.L.C.

View Lot Details

## SECURED PARTY SALE

| Date | Time | Address | City | State |
|---|---|---|---|---|
| 5/23/2006 | 10:30 AM | 691 BRAYTON ROAD | TIVERTON | RI |





| Description | Directions |
|---|---|
| 1999 BL-PEGSON 26'X 44'MOBILE CRUSHING PLANT, 1999 CEDARAPIDS (SA45-11, TRI-AXLE W/4'X10' 3-DECK SCREEN) PORTABLE SECONDARY CONE CRUSHER, POWERSCREEN COMMANDER 408 PORTABLE SCREENER, 1999 CEDARAPIDS 1199 (30"X60') PORTABLE RADIAL STACKER | 1999 CEDARAPIDS :099 (36"X60') PORTABL: RADIAL STACKER, POWERSCREEN M100 RADIAL STACKER, 1999 CAT 546-KVA DIESEL GEN SET, 1997 CAT 980G RUBBER TIRED LOADER, CAT D8L CRAWLER TRACTOR, 1986 CAT 235B EXCAVATOR, 1995 KOMATSO PC200LC EXCAVATOR |

**Terms: FIVE THOUSAND ($5,000.00) DOLLARS DEPOSIT PER EACH UNIT IN CASH, CERTIFIED OR BANK CHECK AT TIME OF SALE, 5% BUYERS PREMIUM . OTHER TERMS AND CONDITIONS TO BE ANNOUNCED AT THE SALE.**



SECURED PARTY SALE BY

# PUBLIC AUCTION

**EXCAVATORS, MOBILE CRUSHING PLANT, PORTABLE SECONDARY CONE CRUSHER, LOADER, CRAWLER TRACTOR, STACKERS AND SCREENER OF;**

## DAMIAN ASSOCIATES, L.L.C.,

**TO BE SOLD ON: TUESDAY, MAY 23, 2006 @ 10:30 AM**
**ON THE PREMISES: 691 BRAYTON ROAD, TIVERTON, R.I.**

**PARTIAL LIST:** 1989 BL-PEGSON 26'X 44'MOBILE CRUSHING PLANT, 1999 CEDARAPIDS (SA45-11, TRI-AXLE W/4'X10' 3-DECK SCREEN) PORTABLE SECONDARY CONE CRUSHER, POWERSCREEN COMMANDER 408 PORTABLE SCREENER, 1999 CEDARAPIDS 1199 (30"X60') PORTABLE RADIAL STACKER, 1999 CEDARAPIDS 1099 (36"X60') PORTABLE RADIAL STACKER, POWERSCREEN M100 RADIAL STACKER, 1999 CAT 546-KVA DIESEL GEN SET, 1997 CAT 980G RUBBER TIRED LOADER, CAT D8L CRAWLER TRACTOR, 1986 CAT 235B EXCAVATOR, 1995 KOMATSO PC200LC EXCAVATOR, ETC.

PLEASE VISIT US ON-LINE FOR COMPLETE DESCRIPTION AND PHOTO'S AT;
**WWW.AUCTIONSRI.COM**

**TERMS OF SALE: FIVE THOUSAND ($5,000.00) DOLLARS DEPOSIT PER EACH UNIT IN CASH, CERTIFIED OR BANK CHECK AT TIME OF SALE, 5% BUYERS PREMIUM .OTHER TERMS AND CONDITIONS TO BE ANNOUNCED AT THE SALE.**

**INSPECTION: 9:00 AM DAY OF SALE.**

**RICHARD NADEAU JR., ESQ.**
**NADEAU & SIMMONS, P.C.**
**ATTORNEYS FOR THE SECURED PARTY**
**56 PINE STREET, PROVIDENCE, RI**

***SALE CONDUCTED BY AND FOR FURTHER INFORMATION CONTACT:***

**IRVING SHECHTMAN & CO., INC.**
PROFESSIONAL AUCTIONEERS & APPRAISERS
[illegible] POWER ROAD, PAWTUCKET, RI [illegible]
**M.C. PONTE, JR. & SONS**
[illegible]
TEL: 401-728-9100 FAX: 401-728-9103