UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 57
PENSION FUND, ET AL.,

Plaintiffs,

v. C.A. No. 04-213S

DAMIAN ASSOCIATES, LLC,

Defendant.

**ORDER**

After a conference was held before Judge William E. Smith on May 22, 2006, Plaintiffs' Emergency Motion for Issuance of Post-Judgment Writ of Attachment and Trustee Process is DENIED without prejudice.

ORDER:

By: ______________________
Deputy Clerk

ENTER:

______________________
William E. Smith
U.S. District Judge

Date: 5/23/06